HENRY W. McMASTER and Another, as Receivers of the WABASH PITTSBURGH TERMINAL RAILWAY COMPANY, Appellants, v. GEORGE J. GOULD and Others, Defendants, Impleaded with SCHUYLER NEILSON RICE and Another, as Executors of GEORGE J. GOULD, Deceased, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNE D. BUTLER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAcoy and Burr, JJ.

ERDNA HOLDING CORPORATION, Respondent, v. HELEN COOK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KARL STEINDLER, Appellant, v. VICTORIA STEINDLER, Respondent.— Order reversed, and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ITALIAN DISCOUNT AND TRUST COMPANY, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ZEESELL REALTY Co., INC., Appellant, v. JOHN F. CUNNINGHAM, Respondent.— Determination modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements of this appeal to the appellant. No opinion. [See 125 Misc. 444.] Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS CONLON, Respondent, v. INDUSTRIAL ENGINEERING Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KATHERINE IGOE, Respondent, v. JOSEPH I. GETTINGER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

AUGUSTUS S. HOUGHTON and Others, Appellants, v. WILLIAM J. TAYLOR COMPANY, Respondent, Impleaded with Others, Defendants.— Order so far as appealed from modified by striking out paragraph (a), and directing that the examination be had as to items 1, 2 and 3 in the form demanded in the notice of examination, and as so modified affirmed. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EVA C. SIEGEL v. MAX BALIK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 18, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANKLIN A. REGAN v. HERBERT L. DILLON and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.